UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 3:22-cr-40

vs.

IVEN YOUNG,                         District Judge Michael J. Newman

       Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 25)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Iven Young's guilty plea. Doc. No. 25. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in the information currently pending against him and find him guilty as charged of felon in possession of a firearm in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). *Id.*; *see* Doc. No. 21. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **November 29, 2022 at 2:00 PM**.

      **IT IS SO ORDERED.**

September 16, 2022                    s/*Michael J. Newman*
                                     Hon. Michael J. Newman
                                     United States District Judge